trict Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Kontos, Appellant.

Submitted November 8, 1971. *Henry J. Mahady,* and *Mahady & Mahady,* for appellant; *John N. Scales,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Lampkin, Appellant.

Submitted November 11, 1971. *Timothy J. Sullivan, Jr.* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Lampkins, Appellant.